Pia J. North, Esq., #29672
Attorney for the Debtor
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
Phone: (804) 739-3700
Fax: (804) 739-2550

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: Brian S. Russell                                Case No. 13-33660
2212 Sara Ann Court                                    Chapter 13
Aylett, VA 23009                                       Trustee: Carl M. Bates
Last four digits of SSN: xxx-xx-4531

### APPLICATION FOR SUPPLEMENTAL COMPENSATION
### OF ATTORNEY FOR DEBTOR

Pia J. North, attorney for Brian S. Russell applies for approval and payment of supplemental compensation (including reimbursement of expenses) as attorney for the debtor in the amount of $750. The attorney prepared a Post Confirmation Chapter 13 Plan which was filed on December 1, 2015, prepared a Motion to Approve Loan Modification which was filed on October 26, 2015.

1. On July 3, 2013, the debtor filed a voluntary petition under Chapter 13 of the U.S. Bankruptcy Code.

2. The period covered by this application is from <u>September 11, 2015</u> through January 14, 2016.

3. Fees in the amount of $<u>3,900</u> having previously been paid by the debtor or approved for payment through the plan.

4. A summary of the services for which compensation is requested is as follows: The attorney prepared a Post Confirmation Chapter 13 Plan which was filed on December 1, 2015, prepared a Motion to Approve Loan Modification which was filed on October 26, 2015.

    Respectfully submitted:

    <u>/s/ Pia J. North</u>
    Pia J. North
    Attorney for Debtor Brian S. Russell

### CERTIFICATE

I hereby certify that I have on January 14, 2016, transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by first class mail, postage pre-paid to: the Debtor, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court, a copy of which is attached.

    <u>/s/Pia J. North</u>
    Pia J. North for Brian S. Russell

Pia J. North, Esq.; #29672
Attorney for the Debtor
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
Phone: (804) 739-3700
Fax: (804) 739-2550

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: Brian S. Russell | Case No. 13-33660 |
| 2212 Sara Ann Court | Chapter 13 |
| Aylett, VA 23009 | Trustee: Carl M. Bates |
| Last four digits of SSN: xxx-xx-4531 | |

**NOTICE OF MOTION**

Pia J. North, attorney for **Brian S. Russell** has filed an Application for Supplemental Fees with the court.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, of if you want the court to consider your views on the motion, then on or before 14 days from January 14, 2016, you or your attorney must:

- **x** File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

>  Clerk of Court
>  United States Bankruptcy Court
>  701 E. Broad Street, Suite 4000
>  Richmond, VA 23219-3515

You must also mail a copy to:

| | |
|---|---|
| Pia J. North, Esquire | Office of the U.S. Trustee |
| 5913 Harbour Park Drive | 701 East Broad Street, Suite 4304 |
| Midlothian, VA 23112 | Richmond, VA 23219-3515 |
| | |
| Carl M. Bates | |
| P.O. Box 1819 | |
| Richmond, VA 23218 | |

- ☐ Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

☐ Attend the hearing on the motion scheduled to be held on _____ at _____
    ___m. at United Bankruptcy Court, 701 E. Broad Street, Suite 5000/5100, Richmond, VA  23219-3515.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  January 14, 2016                /s/Pia J. North
                                          Pia J. North
                                          5913 Harbour Park Drive
                                          Midlothian, VA  23112
                                          (804) 739-3700

<u>Certificate of Service</u>

I hereby certify that on January 14, 2016, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by first class mail, postage pre-paid to:  the Debtor, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court, a copy of which is attached.

                                          /s/Pia J. North
                                          Pia J. North for Brian S.  Russell

```
Label Matrix for local noticing          FIA Card Services NA                    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
0422-3                                   c/o Becket and Lee LLP                  236 CLEARFIELD AVE, SUITE 215
Case 13-33660-KLP                        POB 3001                                VIRGINIA BEACH, VA 23462-1893
Eastern District of Virginia             Malvern, PA 19355-0701
Richmond
Thu Sep 10 12:04:47 EDT 2015

PRA Receivables Management, LLC          United States Bankruptcy Court          ALTAIR OH XIII, LLC
POB 41067                                701 East Broad Street                   C O WEINSTEIN AND RILEY, PS
NORFOLK, VA 23541-1067                   Richmond, VA 23219-1888                 2001 WESTERN AVENUE, STE 400
                                                                                 SEATTLE, WA 98121-3132


Allied Interstate                        Ally Financial                          Ally Financial
Post Ofifce Box 361625                   200 Renaissance Ctr                     PO Box 130424
Columbus, OH 43236-1625                  Detroit, MI 48243-1300                  Roseville, MN 55113-0004


Ashley Funding Services, LLC its successors   Bk Of Amer                         Bon Secours
assigns as assignee of Laboratory             4060 Ogletown/Stanton Rd           P.O. Box 28538
Corporation of America Holdings               Newark, DE 19713                   Richmond, VA 23228-8538
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Bon Secours Memorial Regional Med Ctr    CAPITAL ONE BANK (USA), N.A.            CAPITAL ONE, N.A.
c/o Greer P. Jackson, Jr., Esq.          PO Box 12907                            PO Box 12907
Spinella, Owings & Shaia, P.C.           Norfolk VA 23541-0907                   Norfolk, VA 23541-0907
8550 Mayland Drive
Richmond, VA 23294-4704

Cac Financial Corp                       Cap One                                 (p)CAPITAL ONE
2601 Nw Expwy                            26525 N Riverwoods Blvd                 PO BOX 30285
Oklahoma City, OK 73112-7236             Mettawa, IL 60045-3440                  SALT LAKE CITY UT 84130-0285


Cap1/Bstby                               Cash Flow Managment                     Chase
Po Box 5253                              P.O. Box 21803                          Po Box 24696
Carol Stream, IL 60197-5253              Roanoke, VA 24018-0182                  Columbus, OH 43224-0696


Commonwealth of VA-Tax                   Department of Education                 Dept of Education
P.O. Box 2156                            Fedloan Servicing                       FedLoan Servicing
Richmond, VA 23218-2156                  P.O. Box 530210                         P.O. Box 69184
                                         Atlanta, GA 30353-0210                  Harrisburg, PA 17106-9184


FedLoan Servicing                        Flower Fashions                         Gecrb/Lowes
P.O. Box 69184                           P.O. Box 28                             Po Box 965005
Harrisburg, PA 17106-9184                100 N. Main Street                      Orlando, FL 32896-5005
                                         Bowling Green, VA 22427-0028


Health Keepers                           Henrico Doctors Hospital                Henrico Doctors Hospital-Fores
c/o Rawlings Financial Service           Resurgent Capital Services              PO Box 99400
P.O. Box 2020                            PO Box 1927                             Louisville, KY 40269-0400
La Grange, KY 40031-2020                 Greenville, SC 29602-1927
```

```
(p)INTERNAL REVENUE SERVICE            Internal Revenue Service              JPMorgan Chase Bank, National Association
CENTRALIZED INSOLVENCY OPERATIONS      Insolvency Unit                       3415 Vision Drive
PO BOX 7346                            Post Office Box 7346                  Columbus, OH 43219-6009
PHILADELPHIA PA 19101-7346             Philadelphia, PA 19101-7346


JPMorgan Chase Bank, National Association   Jared-Galleria Of Jwlr           Jared-Galleria Of Jwlr
Chase Record Center                    375 Ghent Rd                          Sterling Inc dba Jared Galleria
Attn: Correspondence Mail/Mail Stop-LA4-  Fairlawn, OH 44333-4601            c/o Weltman, Weinberg & Reis, Co LPA
700 Kansas Lane                                                              323 W. Lakeside Ave
Monroe, LA 71203-4774                                                        Cleveland, OH 44113-1085


North & Associates, PC                 OB-GYN Associates LTD                 (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Pia J. North                           7603 Forest Ave                       PO BOX 41067
5913 Harbour Park Drive                Suite 403                             NORFOLK VA 23541-1067
Midlothian, VA 23112-2163              Richmond, VA 23229-4944


(p)SPRINGLEAF FINANCIAL SERVICES       Sallie Mae                            (p)TOYOTA MOTOR CREDIT CORPORATION
P O BOX 3251                           11100 Usa Pkwy                        PO BOX 8026
EVANSVILLE IN 47731-3251               Fishers, IN 46037-9203                CEDAR RAPIDS IA 52408-8026


Toyota Motor Credit Corporation (TMCC) U.S. Attorney                         Wells Fargo on behalf of MHEAC d/b/a ASA
PO BOX 8026                            600 E. Main St., 18th Flr             MHEAC d/b/a ASA
Cedar Rapids, Iowa 52408-8026          Richmond, VA 23219-2430               100 Cambridge Street, Suite 1600
                                                                             Boston, MA 02114-2518


Wf Efs                                 Brian S. Russell                      Carl M. Bates
501 Bleecker St                        2212 Sara Ann Court                   P. O. Box 1819
Utica, NY 13501-2498                   Aylett, VA 23009-3246                 Richmond, VA 23218-1819


Pia J. North
North Law
5913 Harbour Park Drive
Midlothian, VA 23112-2163
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Cap One                                IRS                                   Portfolio Recovery Associates, LLC
Po Box 85520                           P.O. Box 21126                        PO Box 41067
Richmond, VA 23285                     Philadelphia, PA 19114                Norfolk VA 23541


(d)Portfolio Recovery Associates, LLC  SPRINGLEAF FINANCIAL SERVICES, INC.   (d)Springleaf Financial S
POB 41067                              P.O. BOX 3251                         Rt 17 Tappahannock Shpg
Norfolk, VA 23541                      EVANSVILLE, IN 47731                  Tappahannock, VA 22560
```

Toyota Motor Credit Co
3957 Westerre Pkwy Ste 3
Richmond, VA 23233

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)FIA Card Services NA<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | (d)PRA Receivables Management, LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | End of Label Matrix<br>Mailable recipients    48<br>Bypassed recipients     2<br>Total                  50 |